Honorable Samuel J. Steiner
Chapter 13
Hearing Date: January 21, 2010
Hearing Time: 9:30 a.m.
Hearing Location: Courtroom 8206
**Response Date: January 14, 2010**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>DENNIS E. SITA,<br><br>                  Debtor. | No. 09-12490-PHB<br><br>ORDER APPROVING SECOND INTERIM APPLICATION FOR COMPENSATION OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS |

      THIS MATTER having come on before the Court on the second interim application of Resolve Legal PLLC for an award of compensation herein; and the Court, pursuant to 11 U.S.C §330 and Bankruptcy Rule 2016, having found good cause, it is hereby

      ORDERED:

      1.    That Resolve Legal PLLC is hereby allowed compensation from March 31, 2009, through October 30, 2009, in the amount of $4,484.00.

      2.    That Resolve Legal PLLC is hereby allowed reimbursement of costs and expenses in the amount of $129.74.

ORDER APPROVING SECOND INTERIM APPLICATION FOR
COMPENSATION OF ATTORNEYS' FEES AND
REIMBURSEMENT OF COSTS - 1

**RESOLVE** LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com



3. That the Chapter 13 Trustee's office is directed to pay the sum of $4,613.74 from current funds on hand and future funds.

DATED this _____ day of January 2010.

*Samuel J. Steiner*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

RESOLVE LEGAL PLLC

By  */s/ Jamie McFarlane*
    Taryn M. Darling Hill, WSBA #38276
    Jamie McFarlane, WSBA #41320
Attorneys for Debtor

ORDER APPROVING SECOND INTERIM APPLICATION FOR
COMPENSATION OF ATTORNEYS' FEES AND
REIMBURSEMENT OF COSTS - 2

RESOLVE LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com